UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>STEVEN L. COLLINS,<br><br>              Defendant. | No. 2:16-PO-105-JTR<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING MOTION TO EXPEDITE |

      Before the is Defendant's Motion to Modify Conditions of Release. The court has reviewed Defendant's request. The United States has not filed a response.

      **IT IS ORDERED** that the Defendant's Motion to Modify Conditions of Release, **ECF No. 14,** is **GRANTED.** Defendant's conditions of release are **modified** to the extent that he shall report to security immediately upon arrival at the Mann-Grandstaff VA Medical Center Campus (not at all VA Medical facilities as previously implied), and at the discretion of law enforcement or security personnel submit to an escort while on the Mann-Grandstaff VA Medical Center Campus, but no escort shall be present when Defendant is receiving treatment or discussing privileged matters with VA Personnel. Defendant shall depart the

ORDER ON PLEA - 1

1  Mann-Grandstaff VA Medical Center Campus upon the conclusion of his business
2  there.
3       The Motion to Expedite, **ECF No. 15**, also is **GRANTED.**
4       DATED August 1, 2016.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER ON PLEA - 2